THE SILLIMAN COMPANY *v.* S. IPPOLITO AND
SONS, INC., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 72, is denied.

*Lawrence P. Weisman,* in support of the petition.

*Dion W. Moore,* in opposition.

Decided January 5, 1984

ROBERT WELSH ET AL. *v.* INDEPENDENT
BANK & TRUST CO.

FRIEDA SCHNEIDER, EXECUTRIX (ESTATE OF
ABRAHAM SCHNEIDER) *v.* INDEPENDENT BANK
& TRUST CO.

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 14, is denied.

*John W. Barnett,* in support of the petition.

*Steven R. Humphrey,* in opposition.

Decided January 12, 1984

ROBERT PLAWECKI ET AL. *v.* ANGELO TOMASSO, INC.

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 48, is denied.

*Charles W. Bauer,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided January 26, 1984